# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.

ROBERT ANDERSON and DORIS ANDERSON

    Plaintiffs,

v.

DEPOSITORS INSURANCE COMPANY

    Defendant.

---

**DEFENDANT DEPOSITORS INSURANCE COMPANY'S NOTICE OF REMOVAL**

---

**TO:**  David M. Roth, Esq.
Samuel F. Mitchell, Esq.
Speights and Worrich, LLC
2149 South Holly Street, Suite 105
Denver, Colorado 80222

District Court, County of Douglas, State of Colorado
4000 Justice Way
Castle Rock, Colorado 80109

**PLEASE TAKE NOTICE** that Defendant Depositors Insurance Company ("Depositors"), a corporation incorporated in Iowa with its principal place of business in Iowa, removes this action from the Douglas County District Court and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1.    The above action was filed in the District Court in Douglas County, Case No. 2018CV30549, and is now pending in that Court. *See* Complaint, attached as **Exhibit A**. Service of Process, including a Summons, Civil Cover Sheet, and Complaint, were served on Depositors on June 15, 2018. *See* Summons; attached as **Exhibit B**; Civil Cover Sheet, attached as **Exhibit C**; Return of Service, attached as

**Exhibit D**.  The Civil Cover Sheet served on June 15, 2018 indicates that a monetary judgment over $100,000 is sought against Depositors.  *See* Exhibit C.  *See also Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264 (10th Cir. 2016).  This Notice of Removal is filed within thirty days after the receipt by Depositors of a copy of the paper from which it was first ascertained that the case is one which is removable.  *See* 28 U.S.C. § 1446(b)(3).

2. This is a civil action involving an amount in controversy exceeding $75,000, exclusive of interests and costs, between parties of diverse citizenship, and for which this Court has original jurisdiction under 28 U.S.C. § 1332.

3. Plaintiffs Robert Anderson and Doris Anderson are citizens of the State of Colorado.  *See* Exhibit A at p. 1 ¶ 1.  Defendant Depositors is a citizen of the State of Iowa, with its principal place of business in Iowa.  *See* Colorado Secretary of State Certification and Report, attached as **Exhibit E**.  No change of citizenship of the parties has occurred since the commencement of this action.  Under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between Plaintiffs and Depositors.

4. In the lawsuit, Plaintiffs seek economic and non-economic damages for alleged hail damage to their property on June 7, 2016.  *See* Exhibit A at p. 2 ¶ 7.  Plaintiffs are pursuing damages in excess of $100,000.  *See* Exhibit C.  Plaintiffs seek alleged contract damages, as well as damages of double that amount under C.R.S. §§ 10-3-1115 & 1116, attorneys' fees and court costs under C.R.S. §§ 10-3-1115 & 1116, plus damages for common law bad faith. *See* Exhibit A.  These amounts are in excess of $75,000.  *See Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("the

amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal").

5.  Depositors is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1446.

6.  Pursuant to D.C.COLO.LCivR 81.1, copies of all pleadings and orders are attached and filed with this notice. They are as follows:

Summons filed on June 14, 2018, attached as Exhibit B;

Civil Case Cover Sheet filed on June 14, 2018, attached as Exhibit C;

Complaint filed on June 14, 2018, attached as Exhibit A;

Delay Reduction Order filed on June 15, 2018, attached as **Exhibit F**;

Return of Service filed on June 19, 2018, attached as Exhibit D;

Entries of Appearance of John M. Palmeri and Katelyn S. Werner for Depositors filed on July 3, 2018, attached as **Exhibit G**.

In addition, the Register of Actions is attached as **Exhibit H**.

7.  Further, Depositors states that no hearings have been set in the state court action and no motions are currently pending in the state court action.

8.  Pursuant to D.C.COLO.LCivR 3.1, a Supplemental Cover Sheet for Notices of Removal is being filed contemporaneously with this Notice of Removal.

9.  Pursuant to 28 U.S.C. § 1446(a), this pleading is being signed under F.R.C.P. 11.

Respectfully submitted this 6th day of July, 2018.

        GORDON REES SCULLY MANSUKHANI, LLP

        */s/ Katelyn S. Werner*
        John M. Palmeri, Esq.
        Katelyn S. Werner, Esq.
        555 Seventeenth Street, Suite 3400
        Denver, Colorado 80202
        Telephone: (303) 534-5160
        jpalmeri@grsm.com
        kwerner@grsm.com

        *Attorneys for Defendant Depositors Insurance Company*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 6, 2018, a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below:

David M. Roth, Esq.
Samuel F. Mitchell, Esq.
Speights and Worrich, LLC
2149 South Holly Street, Suite 105
Denver, CO 80222
Telephone:  (303) 662-8082
Facsimile:   (303) 662-8083
david@speightsfirm.com
sam@speightsfirm.com

                                            */s/ Kelly M. Trease*
                                            Gordon Rees Scully Mansukhani, LLP