# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-01716-KLM

ROBERT ANDERSON and DORIS ANDERSON

    Plaintiffs,

v.

DEPOSITORS INSURANCE COMPANY

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41, with each party to pay its own costs and attorneys' fees.

Respectfully submitted this 22nd day of April, 2019.

    SPEIGHTS AND WORRICH, LLC

    /s/ *David M. Roth*
    David M. Roth, Esq.
    Samuel F. Mitchell, Esq.
    2149 South Holly Street, Suite 105
    Denver, CO 80222
    Telephone: (303) 662-8082
    david@speightsfirm.com
    sam@speightsfirm.com

    *Attorneys for Plaintiffs*

GORDON REES SCULLY MANSUKHANI, LLP

*/s/Katelyn S. Werner*
John M. Palmeri, Esq.
Katelyn S. Werner, Esq.
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
jpalmeri@grsm.com
kwerner@grsm.com

*Attorneys for Defendant Depositors Insurance Company*